MATTHEW J. MOORE, Appellant, v. R. MARTENS & COMPANY, INC., Respondent.— This court cannot exercise its discretion to extend the time of appellants in default unless they show merit in their appeals, as required by rule 12.* Motion to dismiss appeal granted, with ten dollars costs, with leave to move to reinstate the appeal upon payment of said costs and compliance with rule 12. Present — Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ.

SYLVESTER MOORE, by His Guardian ad Litem, MATTHEW J. MOORE, Appellant, v. R. MARTENS & COMPANY, INC., Respondent.— This court cannot exercise its discretion to extend the time of appellants in default unless they show merit in their appeals, as required by rule 12.* Motion to dismiss appeal granted, with ten dollars costs, with leave to move to reinstate the appeal upon payment of said costs and compliance with rule 12. Present — Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ.

THE MOUNT VERNON COMPANY, SILVERSMITHS, INC., Respondent, v. THE MOUNT VERNON METAL PRODUCTS COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ.

LUDOVIC PIGNATELLI, Appellant, v. THE SUN PRINTING AND PUBLISHING ASSOCIATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IGNATZ YESOWITZ, etc., Appellant.— Motion to dispense with printing record on appeal granted. Points to be printed. Present — Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ.

ELIZABETH RUDDY, as Administratrix, etc., of EDWARD LEO RUDDY, Deceased, Appellant, v. MORSE DRY DOCK AND REPAIR COMPANY, Respondent.— Motion to dismiss appeal denied, without costs. Present — Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ.

GEORGE W. RYAN, Appellant, v. JAMES A. STEVENSON COMPANY and Another, Respondents.— Motion to dismiss appeal granted, without costs. Present — Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ.

S. CHARLES HANNA, INC., Appellant, v. JOHN FITZGERALD and Others, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Kelly, Jaycox and Kelby, JJ.; Young, J., taking no part.

JOSEPH THOMAS, Respondent, v. INEZ THOMAS, Appellant.— Motion to dismiss appeal denied, without costs. Present — Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ.

TOWN OF MAMARONECK and Another, Appellants, v. VILLAGE OF MAMARONECK and Others, Appellants. NEW YORK INTER-URBAN WATER COMPANY and Others, Respondents.— Motions for reference granted, and William A. Davidson, appointed referee. Present — Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ.

* App. Div. Rules, 2d Dept., rule 12.— [REP.